BRUCE F. SHERMAN   5996
Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944
E-mail: failey52@hawaii.rr.com

Attorney for Plaintiff
THOMAS MUNDY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS MUNDY, ) | CIVIL NO. 04-00341 SOM/LEK |
| ) | (Civil Rights Violation) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PLAINTIFF'S NOTICE OF |
| RESORTQUEST HAWAII LLC, ) | DISMISSAL OF ACTION |
| ASSOCIATION OF APARTMENT ) | WITH PREJUDICE AS TO |
| OWNERS OF WAIKIKI SUNSET ) | ALL CLAIMS AND PARTIES |
| and JOHN or JANE DOES/DOE ) | |
| ENTITIES 1-10 ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS
TO ALL CLAIMS AND PARTIES

Comes now the Plaintiff, by and through his attorney of record, Bruce F.

Sherman and dismisses the above-captioned action with prejudice as to all claims

and parties. This Notice of dismissal is made pursuant to Federal Rules of Civil

Procedure Rule 41(a)(1).

DATED:  Honolulu, Hawaii, July 24, 2006

/S/ BRUCE F. SHERMAN
BRUCE F. SHERMAN
Attorney for Plaintiff
THOMAS MUNDY